**VEDDER PRICE (CA), LLP**
MARIE E. CHRISTIANSEN (SB# 325252)
mchristiansen@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424-204-7700, F: +1 424 204-7702

**VEDDER PRICE P.C.**
BLAINE C. KIMREY (*pro hac vice* pending)
bkimrey@vedderprice.com
JEANAH PARK (*pro hac vice* pending)
jpark@vedderprice.com
BRYAN K. CLARK (*pro hac vice* pending)
bclark@vedderprice.com
222 N. LaSalle Street
Chicago, Illinois  60601
T: +1 312-609-7500, F: +1 312-609-5001

*Attorneys for defendants*
*KURTZMAN CARSON CONSULTANTS, LLC, and*
*KCC CLASS ACTION SERVICES, LLC*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| AETNA INC.,<br><br>    Plaintiff,<br><br>v.<br><br>KURTZMAN CARSON CONSULTANTS, LLC, *et al.*,<br><br>    Defendants. | Case No. 2:19-cv-04035-JFW-JEM<br><br>**UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO FILE DOCUMENT** |

Pursuant to Paragraph 7 of the Court's Standing Order, defendant Kurtzman Carson Consultants, LLC ("Kurtzman"), hereby files this Unopposed Application for Extension of Time to file its responsive pleading so that it can file a consolidated motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) with co-defendant KCC Class Action Services, LLC ("KCC").

On May 28, 2019, the Court entered an Order approving the Stipulation and Consent Re: Filing of First Amended Complaint and Defendants' Time to Respond. (Dkt. No. 103). That Order provided Kurtzman with 30 days to answer, move, or

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

UNOPPOSED APPLICATION FOR
EXTENSION OF TIME TO FILE
CASE NO. 2:19-CV-04035

otherwise respond to plaintiff Aetna Inc.'s First Amended Complaint ("FAC") and provided KCC with 30 days to answer, move, or otherwise respond from the date the First Amended Complaint was served on KCC. KCC was served on June 3, 2019 (*see* Dkt. No. 108), meaning its responsive pleading is due July 3, 2019.

Both Kurtzman and KCC plan to file motions to dismiss that will make substantially similar (if not identical) arguments. Accordingly, in the interests of efficiency and judicial economy, Kurtzman and KCC propose to consolidate their arguments into a single motion to dismiss to be filed on July 3, 2019. Kurtzman's counsel has raised this issue with Aetna's counsel, who indicated that Aetna does not object.

This is Kurtzman's first request for an extension of its responsive pleading deadline — the current deadline was set pursuant to a stipulation after this case was transferred to this Court from the U.S. Eastern District of Pennsylvania. The only other date currently set by the Court is the Scheduling Conference, which is set for July 22, 2019 at 1:15 p.m. (*see* Dkt. No. 102) and should not be impacted by the requested extension. Indeed, Kurtzman is not seeking an extension any later than the deadline already in place for co-defendant KCC.

The parties are scheduled to meet and confer pursuant to Local Rule 7-3 on Kurtzman and KCC's dismissal arguments today (June 25, 2019) and will submit the report required by the Court's Standing Order within 3 days.

WHEREFORE, Kurtzman respectfully requests that it be granted until July 3, 2019, to file its responsive pleading, which would take the form of a consolidated motion to dismiss with KCC.

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

UNOPPOSED APPLICATION FOR
EXTENSION OF TIME TO FILE
CASE NO. 2:19-CV-04035

| | | |
|---|---|---|
| 1 | Dated: June 25, 2019 | KURTZMAN CARSON CONSULTANTS, LLC |
| 2 | | |

Dated: June 25, 2019

KURTZMAN CARSON CONSULTANTS, LLC

By: */s/ Marie E. Christiansen*
    Marie E. Christiansen

VEDDER PRICE (CA), LLP
Marie E. Christiansen (SB# 325352)
mchristiansen@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424-204-7700
F: +1 424 204-7702

VEDDER PRICE P.C.
Blaine C. Kimrey (*pro hac vice* pending)
bkimrey@vedderprice.com
Jeanah Park (*pro hac vice* pending)
jpark@vedderprice.com
Bryan K. Clark (*pro hac vice* pending)
bclark@vedderprice.com
222 N. LaSalle Street
Chicago, Illinois 60601
T: +1 312-609-7500
F: +1 312-609-5001

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

UNOPPOSED APPLICATION FOR
EXTENSION OF TIME TO FILE
CASE NO. 2:19-CV-04035

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2019, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

    */s/ Marie E. Christiansen*
    Marie E. Christiansen

- 4 -

UNOPPOSED APPLICATION FOR
EXTENSION OF TIME TO FILE
CASE NO. 2:19-CV-04035

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES