**MANATT, PHELPS & PHILLIPS, LLP**
MATTHEW P. KANNY
(SBN: 167118)
mkanny@manatt.com
CRAIG S. RUTENBERG
(SBN: 205309)
crutenberg@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for plaintiff Aetna Inc.*

**VEDDER PRICE (CA), LLP**
MARIE E. CHRISTIANSEN (SB# 325352)
mchristiansen@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424-204-7700
F: +1 424-204-7702

**VEDDER PRICE P.C.**
BLAINE C. KIMREY (*pro hac vice* application pending)
bkimrey@vedderprice.com
JEANAH PARK (*pro hac vice* application pending)
jpark@vedderprice.com
BRYAN K. CLARK (*pro hac vice* application pending)
bclark@vedderprice.com
222 N. LaSalle Street
Chicago, Illinois 60601
T: +1 312-609-7500
F: +1 312-609-5001

*Attorneys for defendants Kurtzman Carson Consultants, LLC and KCC Class Action Services, LLC*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| AETNA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KURTZMAN CARSON CONSULTANTS, LLC, and KCC CLASS ACTION SERVICES, LLC, <br><br> Defendants. | CASE NO. 2:19-CV-04035-JFW-JEM <br><br> **DISCOVERY MATTER** <br><br> **ORDER GRANTING STIPULATED QUALIFIED PROTECTIVE ORDER** |

# **ORDER**

The parties having jointly stipulated to the Stipulated Qualified Protective Order, having considered the terms of this Order, and for good cause having been shown, **IT IS SO ORDERED** on this 22nd day of July 2019.

_____
HON. JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE