1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| IN RE AETNA INC. LITIGATION | Case No. CV 19-04035-JFW (JEMx) |
|---|---|
| | **[PROPOSED] ORDER REGARDING JOINT STIPULATION CONTINUING PRE-TRIAL AND TRIAL DATES** |

Manatt, Phelps, &
Phillips, LLP
Attorneys at Law
Los Angeles

[PROPOSED] ORDER
CASE NO. CV 19-04035-JFW (JEMX)

# [PROPOSED] ORDER

The Court, having reviewed the parties' Joint Notice of Settlement and Stipulation Regarding Continuing Pre-trial and Trial Dates, and all other matters and argument presented to the Court, and good cause appearing therefor, it is hereby ORDERED that:

(1) All pre-trial and trial dates in this consolidated matter are hereby vacated immediately, subject to resetting by the Court as provided in Subsection (3) below;

(2) If the Settlement Agreement is satisfied, the parties should file a Joint Stipulation of Dismissal as to this consolidated matter no later than September 1, 2020;

(3) If the Settlement Agreement remains unsatisfied, any party or the parties may request after September 1, 2020 that this Court reset this matter for trial.

SO ORDERED.

Dated: _____, 2020

By: _____
HON. JOHN F. WALTER