Js-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE AETNA INC. LITIGATION | Case No. CV 19-04035-JFW (JEMx)<br><br>**ORDER REGARDING JOINT STIPULATION OF DISMISSAL** |

**ORDER**

Pursuant to the Parties' Joint Notice of Settlement and Stipulation [Dkt. No. 258] and the Court's subsequent order entering that stipulation [Dkt. No. 259], plaintiff/defendant Aetna Inc. ("Aetna"), on one hand, and plaintiff/defendant KCC Class Action Services, LLC and defendant Kurtzman Carson Consultants, LLC, on the other hand, filed a Joint Stipulation of Dismissal (the "Stipulation"). The Court, having reviewed the parties' Stipulation and good cause appearing therefor, it is hereby ORDERED that:

Pursuant to the Stipulation, and for good cause shown, this consolidated action is hereby DISMISSED with prejudice in its entirety, including all claims for relief in Aetna's First Amended Complaint and KCC Class Action Services, LLC's First Amended Complaint, with all parties to bear their own costs.

IT SO ORDERED.

Dated: September 2, 2020

By: _____
HON. JOHN F. WALTER